IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRITTEN Y. ANDREWS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CV 123-086 |
| v. | * | |
| | * | |
| GOODWILL INDUSTRIES OF MIDDLE | * | |
| GEORGIA, INC.; KRISTEN DAHL; | * | |
| COLLEEN GARCIA; and BRUCE | * | |
| OZGA, | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff Britten Y. Andrews, Defendant Kristine Dahl, and Defendant Colleen Garcia's joint stipulation of dismissal with prejudice. (Doc. 12.) Plaintiff and Defendants Dahl and Garcia move for dismissal with prejudice of Defendants Dahl and Garcia under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Id. at 1.)

This Court has previously held "that Rule 41(a)(1) is a proper mechanism to dismiss less than all the parties to a controversy." Jackson v. Equifax Info. Servs., LLC, No. 1:19cv096, 2020 WL 476698, at *1 (S.D. Ga. Jan. 29, 2020); see also Rainey-Jones v. Charlie Norwood VA Med. Ctr., No. 1:19cv186, 2020 WL 5370958, at *1 (S.D. Ga. Sept. 8, 2020) ("A stipulation of dismissal may be used . . . to dismiss an entire action against a particular defendant in a lawsuit."). The pending motion has been signed by

all Parties; therefore, the Court finds dismissal of Defendants Dahl and Garcia proper under Rule 41(a)(1).

**IT IS THEREFORE ORDERED** that the stipulation of dismissal (Doc. 12) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE** as to Defendants Dahl and Garcia. The Clerk is **DIRECTED** to **TERMINATE** Defendants Dahl and Garcia as Parties to this action and any motions pertaining to them. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of October, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA